**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 283 MAL 2022

           Respondent                :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

             v.                             :

                                      :

ZEPHANIAH STOREY,                    :

                                      :

           Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.